## Commonwealth *v.* Williams, Appellant.

Submitted September 8, 1969. *Richard M. Lovenwirth,* Assistant Public Defender, for appellant; *Stewart J. Greenleaf* and *Richard A. Devlin,* Assistant District Attorneys, *Parker H. Wilson,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Winters, Appellant.

Submitted September 9, 1969. *P. Richard Klein,* Public Defender, for appellant; *M. Joseph Melody,* Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.